# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-10179
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
March 24, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JOSE MAURICIO AYALA,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CR-415-5

---

Before SMITH, STEWART, and DUNCAN, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Jose Ayala has moved to withdraw and has filed a brief per with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ayala has not filed a response.

We have reviewed counsel's brief and relevant portions of the record.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-10179

We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.